# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TAMEKA BALDWIN, ET AL. | § § | |
| v. | § § § | Case No. 2:21-CV-0154-JRG-RSP |
| JAMES SKINNER BAKING COMPANY | § | |

## ORDER

Before the Court is the Unopposed Motion for Leave to File Motion for Summary Judgment That Exceeds Page Limits as Set Forth in Local Rule CV-(7)(a)(3)(A) filed by Defendant James Skinner Baking Company. Dkt. No. 28.

After due consideration, the Court **DENIES** the motion for the Defendant has failed to provide a sufficient basis for the Court to conclude an additional 30 pages are necessary. The 60-page limit provided by the Local Rules suffices.

**SIGNED this 6th day of September, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE