# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TAMEKA BALDWIN, MARY CARY, JENNIFER COLBERT, EBONY HUGHES, JASON JENKINS, DESHANZA KING, CHERYL LANE, CRYSTAL LANE, DEREK MCCARTHY, MARANDA MCCULLOCH, ESTELLE PATT, THERESA RICKS, BRANDY WHITE, JEWEL WILLIAMS,<br><br>*Plaintiffs*,<br><br>v.<br><br>JAMES SKINNER BAKING COMPANY,<br><br>*Defendant*. | CIVIL ACTION NO. 2:21-CV-00154-JRG-RSP |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice (the "Stipulation") filed by Plaintiffs Tameka Baldwin, Mary Cary, Jennifer Colbert, Ebony Hughes, Jason Jenkins, Deshanza King, Cheryl Lane, Crystal Lane, Derek McCarty, Maranda McCulloch, Estelle Patt, Theresa Ricks, Brandy White, and Jewel Williams (collectively, "Plaintiffs") and Defendant The James Skinner Baking Company ("Defendant"). (Dkt. No. 39.) In the Stipulation, the parties request dismissal with prejudice of "all causes of action raised or which could have been raised" in the above-captioned action. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiffs and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and

attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 6th day of March, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE